UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL ASBERRY,

            NO. CIV. S-04-2467 LKK/PAN

    Plaintiff,

  v.                        O R D E R

CITY OF SACRAMENTO, et al.,

    Defendants.
_____/

    The court is in receipt of a letter from the City Attorney requesting that the court withdraw its sanctions order. Although not in proper form, nor supported properly, the court treats the letter as a formal motion.

    The court is also in receipt of the plaintiff's opposition. In light of that opposition, the motion is DENIED.

    Given that Mr. Jackson provided copies of his letter to the Mayor, City Manager and members of the City Council, and given that the letter apparently contained misinformation concerning the events underlying the court's order, and given the court's desire

1

to maintain appropriate relations with the City, the City Attorney is now ordered to provided those city officials with a copy of the plaintiff's opposition as well as provide the court with notice of the service.

   IT IS SO ORDERED.

   DATED: June 8, 2005.

                    /s/Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT

2