1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL ASBERRY,

11          Plaintiff,

12      v.                          NO. CIV. S-04-2467 LKK/PAN

13   CITY OF SACRAMENTO,

14          Defendant.
_____/

15

16      Defendant has submitted a request for reconsideration and/or

17   clarification of the magistrate judge's June 8, 2005 order.  The

18   moving party requests clarification of one portion of that ruling

19   which deals with the production of employee personnel files.  This

20   court is in no position to clarify an order issued by the

21   magistrate judge and any request for clarification/reconsideration

22   should first be made to the magistrate judge.

23      Accordingly, the request for clarification and/or

24   reconsideration is hereby REFERRED to the magistrate judge to

25   clarify his June 8 order and/or reconsider it, if appropriate.

26

1

Should the parties seek further reconsideration after the magistrate judge rules on their request, they may then seek such from the district court judge.

IT IS SO ORDERED.

DATED:June 23, 2005

<u>/s/ Frank C. Damrell Jr. for</u>
Lawerence K. Karlton
United States District Judge