UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ASBERRY,

    Plaintiff,

  v.                          NO. CIV. S-04-2467 LKK/PAN

CITY OF SACRAMENTO,

    Defendant.
_____/

The court is in receipt of plaintiff's ex parte application to extend the discovery cut-off date of September 1, 2005. Good cause appearing, the court hereby extends the discovery cut-off date for the sole purpose of allowing the magistrate judge to hear plaintiff's motion for a protective order to establish a reasonable expert fee.[1]

IT IS SO ORDERED.

DATED: September 7, 2005.

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

---

[1] Plaintiff explains to the court that the motion is currently scheduled to be heard on September 21, 2005.