JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*
331 "J" Street, Suite 200
Sacramento, California  95814
Telephone:     (916) 446-1916
Facsimile:      (916) 446-1726

Attorney for Plaintiff
**MICHAEL ASBERRY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ASBERRY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CITY OF SACRAMENTO, DOES 1-20 inclusive<br><br>　　　　　Defendants. | **CASE NO.  CIV S.-04-2467 LKK PAN**<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FIRST CAUSE OF ACTION FOR DISABILITY DISCRIMINATION** |

　　　The parties hereby stipulate and request the Court to order the dismissal of plaintiff Michael Asberry's claim in his complaint for disability discrimination,  with the parties waiving costs and fees as to this cause of action.    Plaintiff failed to exhaust his administrative remedies to this claim alone.  Plaintiff still intends on proceeding to trial on his second claim for retaliation.

Date:   November 2, 2005　　　　　　　　　**LAW OFFICES OF JILL P. TELFER**
　　　　　　　　　　　　　　　　　　　　　　　　　　　*A Professional Corporation*

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jill P. Telfer
　　　　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――

　　　　　　　　　　　　　　　　　　　　　　　　　　　**JILL P. TELFER**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL ASBERRY**

Date:   November 2, 2005         **CITY OF SACRAMENTO**

/s/ David S. Womack
_____

**DAVID S. WOMACK, Deputy City Attorney
Attorney for Defendant,
CITY OF SACRAMENTO**

The first cause of action for disability discrimination is hereby **DISMISSED,** with the parties waiving costs and fees as to this claim alone.

**IT IS SO ORDERED**

Dated:  November 10, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT