UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ASBERRY,

          NO. CIV. S-01-2343 LKK/PAN

    Plaintiff,

  v.

CITY OF SACRAMENTO/SANITATION DEPARTMENT,

    Defendant.
_____/
MICHAEL ASBERRY,

          NO. CIV. S-04-2467 LKK/PAN

    Plaintiff,

  v.                             O R D E R

CITY OF SACRAMENTO, et al.,

    Defendants.
_____/

    Pending before the court is defendant's motion to consolidate the two above-captioned cases. Having considered the pleadings, the parties' papers, and after oral argument, the court concludes that the above-entitled actions are appropriate candidates for

1

consolidation under Rule 42(a) of the Federal Rules of Civil Procedure.  It appears that consolidation of the actions is likely to effect a substantial saving of judicial effort and be convenient for the parties.  The two trials, however, shall be bifurcated.

The parties should be aware that consolidation does not merge the actions into a single action.  <u>Alfred Dunhill of London v. Republic of Cuba</u>, 425 U.S. 682, 735 n.22 (1976).  Each action remains separate and requires entry of a separate judgment. 9 Wright & Miller, <u>Federal Practice and Procedure</u> § 2382, pp. 254-55 (1971).

Therefore, IT IS ORDERED that:

1. The actions are CONSOLIDATED;

2. The trials in the above-actions shall be BIFURCATED;

2. Case No. Civ. S-01-2343 is designated as the "master file";

3. The Clerk is directed to copy the complaint and answer in case no. Civ. S-04-2467 and to place said copies in the "master file";

4. The Clerk is directed to administratively close case no. Civ. S-04-2467;

5. The parties are directed to file all future pleadings ONLY in case no. Civ. S-01-2343; and

////
////
////
////

1  6.  The Status Conference scheduled for March 20, 2006 is
2  VACATED.  The parties shall be prepared to discuss both cases at
3  the Pretrial Conference currently scheduled for March 6, 2006.
4      IT IS SO ORDERED.
5      DATED:  March 3, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT