JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J. Street, Suite 200
Sacramento, California 95814
Telephone:    (916) 446-1916
Facsimile:     (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
**MICHAEL ASBERRY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ASBERRY**, | NO. **CIV. S-01-2343 LKK PAN** |
| Plaintiff, | |
| v. | |
| **CITY OF SACRAMENTO/SANITATION DEPARTMENT**, | **STIPULATION TO DISMISS ACTION** |
| Defendants. | |
| | |
| **MICHAEL ASBERRY**, | NO. **CIV. S-04-2467 LKK PAN** |
| Plaintiff, | |
| v. | |
| **CITY OF SACRAMENTO**, et al. | |
| Defendants. | |

-1-

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff **MICHAEL
2  ASBERRY** and Defendant **THE CITY OF SACRAMENTO**, by and through their respective
3  counsel, that Plaintiff hereby dismisses all of his claims, with prejudice, against the **THE CITY
4  OF SACRAMENTO**.   The parties are to bear their own costs and attorneys fees.

6  **IT IS SO STIPULATED.**

7  LAW OFFICES OF JILL P. TELFER

8  /s/Jill P. Telfer

9  DATED: June 19, 2006
   _____
   JILL P. TELFER
10 Attorney for Plaintiff
   **MICHAEL ASBERRY**

11 **THE CITY OF SACRAMENTO**

12 /s/Angela M. Casagranda

13 DATED: June 19, 2006
   _____
14 Angela M. Casagranda,
   Deputy City Attorney
15 for Defendant,
   THE CITY OF SACRAMENTO

16 **THE CITY OF SACRAMENTO**

18 /s/David S. Womack

19 DATED: June 19, 2006
   _____
   David S. Womack, Deputy City Attorney
20 for Defendant,
   THE CITY OF SACRAMENTO

22 **IT IS SO ORDERED:**

23 DATED: June 20, 2006
   _____
24 **LAWRENCE K. KARLTON
   Senior Judge
25 U.S. District Court**

Stipulation to Dismiss                    -2-